**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Civil Action No. 13-cv-00487-RM-BNB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

$49,200.00 IN UNITED STATES CURRENCY,

      Defendant.

_____

**ORDER ADOPTING
RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE (ECF No. 19)**
_____

      The matter before the Court is the Recommendation of United States Magistrate Judge ("Recommendation") (ECF No. 19) dated June 14, 2013. The Recommendation advised the parties that specific written objections were due within fourteen days after being served with a copy of the Recommendation. The time permitted for any objections has expired and no objections to the Recommendation have been filed.

      The Court concludes the Magistrate Judge's analysis was thorough and sound, and that there is no clear error on the face of the record. *See* Fed. R. Civ. P. 72(b) Advisory Committee's Notes ("When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."); *see also Summers v. Utah*, 927 F.2d 1165, 1167 (10th Cir. 1991) ("In the absence of timely objection, the district

court may review a magistrate's report under any standard it deems appropriate.").

Therefore, it is **ORDERED** as follows:

1. That the Magistrate Judge's Recommendation (ECF No. 19) is **ADOPTED** in its entirety as an order of this Court;

2. That the United States of America's ("United States") Motion for Default and Final Order of Forfeiture (ECF No. 11) is **GRANTED**;

3. That pursuant to 21 U.S.C. § 881, default and forfeiture, including all right, title, and interest, are **ENTERED** in favor of the United States and against the defendant, $49,200.00 in United States currency;

4. That the United States shall have full and legal title as to defendant $49,200.00 in United States currency and may dispose of the same in accordance with law;

5. That pursuant to 28 U.S.C. § 2465 this default and **final order of forfeiture** shall serve as a **Certificate of Reasonable Cause** as to defendant $49,200.000 in United States currency; and

6. That judgment **SHALL ENTER** on behalf of United States against defendant $49,200.00 in United States currency.

DATED this 10th day of July, 2013.

BY THE COURT:

RAYMOND P. MOORE
United States District Judge